Opinion issued November
18, 2010

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-03-00647-CV

____________

 

TRINITY HEALTHCARE MANAGEMENT, L.L.C., ET AL,
Appellant

 

V.

 

PHARMERICA, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 771745

 



 

MEMORANDUM
OPINION








We dismiss this appeal for want of
prosecution.  On April 9, 2004, we abated
this case because one or more of the parties to the appeal, who was a defendant
in the trial court, filed a suggestion of bankruptcy.  On July 14, 2010, we advised the parties that
the Court had learned from the information service of the bankruptcy court that
the case was ordered closed on December 11, 2009 and by a date certain, unless
any party to the appeal filed a motion to retain, the appeal would be
reinstated and dismissed for want of prosecution.  The date certain has passed and no party to
the appeal has filed a motion to retain.

Accordingly, we reinstate the appeal
on our active docket, and we dismiss
it for want of prosecution.  See Tex.
R. App. P. 42.3(b) (providing that appellate courts may dismiss appeal
for want of prosecution after giving 10 days’ notice to all parties).

PER
CURIAM

Panel consists of Justices Keyes, Higley, and Bland.